UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WINMAR CONSTRUCTION, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No. |
| | ) |
| THEODORE KASEMIR, and ROGER GREENFIELD, | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF REMOVAL

Theodore Kasemir and Roger Greenfield (together, "Defendants"), by and through their undersigned counsel, file this Notice of Removal pursuant to 28 U.S.C. §1446(a), and in support thereof, state as follows:

### Introduction

1. Plaintiff Winmar Construction, Inc. ("Plaintiff") is a corporation organized under the laws of the District of Columbia with its principal place of business located at 1010 Wisconsin Avenue NW, Suite 303, Washington DC 20007.

2. Defendant Theodore Kasemir ("Kasemir") is, and at all relevant times was, an individual citizen of the State of Illinois, residing and domiciled in Cook County.

3. Defendant Roger Greenfield ("Greenfield") is, and at all relevant times was, an individual citizen of the State of Illinois, residing and domiciled in County of Cook.

4. On November 12, 2014, Plaintiff filed a complaint against Defendants in the Superior Court of the District of Columbia alleging various theories of recovery against Defendants, and seeking damages in the amount of $575,732.20 arising out of a contract with "Restaurants-America" for the construction of a build-out of space in an office building to be

used as a restaurant entitled "Townhouse Kitchen & Bar" at 700 Sixth Street, NW, Washington, DC 20001.

5. On November 12, 2014, counsel for Plaintiff sent Defendants' attorneys in Illinois copies of the summonses and complaint via email and inquired whether Defendants' Illinois counsel would accept service of summons on behalf of Defendants.

6. Defendants file this Notice of Removal within the thirty-day time period required by 28 U.S.C. § 1446(b).

## Basis for Removal

7. Removal is proper because there is complete diversity between the parties and the amount in controversy exceeds $75,000.00, excluding interest and costs. 28 U.S.C. § 1332(a); *Caterpillar, Inc. v. Lewis,* 519 U.S. 61, 68 (1996).

8. Plaintiff is a citizen of the District of Columbia. Defendants are both individual citizens residing in Illinois. Plaintiff's complaint filed in the Superior Court of the District of Columbia seeks a judgment in its favor and against Defendants in the amount of $575,732.20.

9. Copies of all pleadings, process, orders and other filings in the Superior Court of the District of Columbia suit are attached to this Notice as required under 28 U.S.C. § 1446(a) as Exhibit 1.

10. Venue is proper in this district under 28 U.S.C. § 1441(a) because the court where the suit has been pending is located in this district.

11. Defendants will promptly file a copy of this Notice of Removal with the clerk of the Superior Court of the District of Columbia.

## Jury Demand

12. Plaintiff demanded a jury in the suit filed in the Superior Court of the District of Columbia.

**Conclusion**

13.     Because this Court has diversity jurisdiction over this matter, venue is appropriate in this district and because Defendants timely filed this Notice of Removal, Defendants request the Court to remove the suit to the United States District Court for the District of Columbia.

Dated: December 12, 2014

                                    Respectfully submitted,

                                    /s/Laura Fraher
                                    Laura Fraher, Esq. (DC Bar No. 979720)
                                    SHAPIRO LIFSCHITZ & SCHRAM, P.C.
                                    1742 N Street, NW
                                    Washington, DC  20036
                                    (202) 689-1900 (telephone)
                                    (202) 689-1901 (facsimile)
                                    Lifschitz@slslaw.com
                                    Fraher@slslaw.com

                                    *Attorneys for Defendants*

Robert M. Winter (IL Attorney No. 3122228)
(*Pro Hac Vice Application to be Filed*)
Catherine A. Cooke (IL Attorney No. 6289263)
(*Pro Hac Vice Application to be Filed*)
Robbins, Salomon & Patt, Ltd.
180 North LaSalle Street, Suite 3300
Chicago, IL 60601
Phone: 312.782.9000
Fax: 312.782.6690
rwinter@rsplaw.com
ccooke@rsplaw.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 12, 2014, the foregoing **Notice of Removal** was filed electronically with the United States District Court for the District of Columbia. Parties may access this filing through the court's system. Service of this filing will be made on all ECF-registered counsel by operation of the court's electronic filing system.

      I further certify that on December 12, 2014 the foregoing Notice of Removal was served by first class mail and electronic mail on:

      Charles H. Camp, Esq.
      Law Offices of Charles H. Camp, P.C.
      1025 Thomas Jefferson Street, NW, Suite 115G
      Washington, DC 20007
      ccamp@charlescamplaw.com

      By:      s/ Kelley Halliburton