UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WINMAR CONSTRUCTION, INC. | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Civil Action No. 14-2112 (RBW)<br>) |
| THEODORE KASEMIR and ROGER GREENFIELD | )<br>)<br>) |
| Defendants. | )<br>)<br>) |

**ORDER**

In accordance with the Court's oral rulings issued during the Initial Scheduling Conference held this same date, it is hereby **ORDERED** that:

1. The proponent of any expert shall provide Rule 26(a)(2) disclosures by July 27, 2015;

2. The opponent of any expert shall provide Rule 26(a)(2) disclosures by August 27, 2015;

3. Discovery shall close on September 28, 2015; and

4. The parties shall appear for a status conference on September 29, 2015, at 9:00 a.m.

**SO ORDERED** this 18th day of March, 2015.

REGGIE B. WALTON
United States District Judge